AO 442 (Rev. 01/09) Arrest Warrant USM # 24375-076

# UNITED STATES DISTRICT COURT

for the

Western District of Tennessee

United States of America
v.
Timothy Cook
*Defendant*

Case No. 18-20088 TLP

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* TIMOTHY COOK, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - Felon in possession of a firearm.

Date: 3/29/18

[signature]
*Issuing officer's signature*

City and state: Memphis, Tennessee

THOMAS M. GOULD, CLERK OF COURT
*Printed name and title*

**Return**

This warrant was received on *(date)* ____________, and the person was arrested on *(date)* 4/2/18
at *(city and state)* Memphis TN.

Date: 4/2/18

[signature]
*Arresting officer's signature*

[signature]
*Printed name and title*